# Exhibit 1

| **CHARGE OF DISCRIMINATION**<br><br>This form is affected by the Privacy Act of 1974; See privacy statement before consolidating this form. | AGENCY<br>Q FEPA<br>**X** EEOC | CHARGE NUMBER |
|---|---|---|
| STATE OR LOCAL AGENCY: | | |

| NAME (Indicate Mr., **Ms.**, Mrs.)<br>**Evelyne Roach** | HOME TELEPHONE NUMBER *(Include Area Code)* |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP | DATE OF BIRTH |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP, COMMITTEE, STATE OF LOCAL GOVERNMENT WHO DISCRIMINATED AGAINST ME (If more than one than list below)

| NAME<br>**Princeton University;**<br>**The Trustees of Princeton University** | NUMBER OF EMPLOYEES, MEMBERS<br>> 15 | TELEPHONE (Include Area Code)<br>(609) 258-3000 |
|---|---|---|
| STREET ADDRESS<br>701 Carnegie Center | CITY, STATE AND ZIP<br>Princeton, NJ 08540 | COUNTY<br>Mercer |

| CAUSE OF DISCRIMINATION *(Check appropriate box(es))*<br>**X** Race Q Color Q Sex Q Religion Q National Origin<br>Q Retaliation **X** Age Q Disability Q Other *(Specify)* | DATE DISCRIMINATION TOOK PLACE<br>*Earliest* *Latest* 08/25/2022 |
|---|---|

**The Particulars Are:**

A. 1. Relevant Work History

I was hired by Respondent on August 30, 1993. I last held the position of Senior Manager. I last reported to Carol Kondrach (65[a], white), Deputy Chief Information Officer, Operations and Planning. Kondrach reported to Jay Dominick (58, white), Vice President for Information Technology and Chief Information Officer. Dominick reported to Debbie Prennis (60, white), Provost.

Respondent subjected me to a hostile work environment, failed to select me for positions for which I was qualified, and terminated my employment because of my race and/or my age. When I was terminated, Respondent retained less qualified white and/or substantially younger employees in positions for which I was more qualified, and replaced me with a less qualified substantially younger, white external candidate. When I was terminated, I was age sixty-six (66) with more than thirty (30) years of service at Respondent.

I consistently demonstrated positive performance and dedication to Respondent. I performed my duties in a highly-competent manner.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY - (when necessary for State and Local Requirements)<br><br>I swear of affirm that I have read the above charge and that it is true to the best of my knowledge information and belief. |
|---|---|
| I declare under penalty or perjury that the foregoing is true and correct. | |
| Date: Charging Party (*Signature*): | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day Month, and year)<br>11-1-22 |

[a] All ages herein are approximations.

2. Harm Summary

I have been discriminated against because of my age (66) and my race (black). Evidence of the discriminatory conduct to which I have been subjected includes, but is not limited to, the following:

(a) Respondent has an underrepresentation of black employees, especially in high level positions.

(b) In or about January 2020, I began reporting to Kondrach.

(c) Kondrach had no role in my being hired at Respondent.

(d) I was the only black employee reporting to Kondrach.

(e) I was one of the oldest employees reporting to Kondrach.

(f) At the time of my termination, the following positions reported to Kondrach. I was more qualified for each of these positions.

i) Evelyne Roach (66, black), Senior Manager;
ii) Matt Immordino (35, white), Director;
iii) Kevin Miller (38, white), Director;
iv) Katherine Remus (48, white), Associate Director;
v) John Milnes (55, white), Senior Director;
vi) Linda Dereka (50, white), Senior Manager;
vii) Rebecca Goodman (70, white), Senior Manager;
viii) Rita Saltz (85, white), Senior Policy Advisor.

(g) I was treated differently and worse, an in a more hostile and dismissive manner, than white and/or substantially younger employees were treated.

(h) My performance was unjustly criticized.

(i) I was spoken to in a demeaning and condescending manner.

(j) I was circumvented.

(k) I was excluded from meetings and communications related to my job duties and responsibilities.

(l) I was not given credit for work I completed.

(m) I was blamed for issues out of my control.

(n) I was accused of things I did not do.

(o) My accomplishments were not recognized and/or were downplayed.

(p) My knowledge and skillsets were not recognized and/or were downplayed.

(q) I was not provided the opportunity to grow and develop my skills.

(r) I was held to a stricter, more stringent standard than younger and/or white employees were held.

(s) I was set up to fail.

(t) On May 25, 2022, in a meeting with Kondrach and Milnes, Respondent notified me that my employment would be terminated, effective August 26, 2022. The stated reason was position elimination. I was told that I could apply for open positions if I wished to remain employed with Respondent.

(u) When I was notified of termination, there were open positions at Respondent for which I was qualified.

(v) I was not placed in open positions for which I was qualified in lieu of being notified of termination.

(w) On May 30, 2022, I applied for the Senior Business Relationship Manager position. I was qualified for the position. The Senior Business Relationship Manager position was substantially similar to my Senior Manager position, which I was told was being eliminated.

(x) On June 6, 2022, I was interviewed by Carol Williams (52, black), Chief Information Officer, Service Management Officer, for the Senior Business Relationship Manager position.

(y) On June 6, 2022, I was interviewed by Phil Immordino (52, white), Director of Customer Service, for the Senior Business Relationship Manager position.

(z) On July 1, 2022, I was interviewed by Roger Weinsburger (55, white), Assistant Vice President, Finance Technology, Jennifer Poacelli (45, white), Vice President for Finance and Treasurer, Jeanette Turner (42, black), Manager, Finance and Administration, John Higgins (52, white), Manager of Information Technology, Justin Kazlauskas (35, white), Manager, Technical Support, Yaron Inbar (55, white), Assistant, and Angel Brady-Kehm (42, white), Service Management Office, Office of Information Technology, for the Senior Business Relationship Manager position.

(aa) On July 1, 2022, following the above, in a meeting with Williams and P. Immordino, Respondent failed to select me for the Senior Business Relationship Manager position. The stated reason was that I did not have the skillset for the position. This was false.

(bb) Instead of selecting me, Respondent selected _________ (45, white), an external candidate, for the Senior Business Relationship Manager position. I was more qualified for the Senior Business Relationship Manager position than the substantially younger, white, external candidate who was selected.

(cc) On July 21, 2022, in an email from Kondrach to employees, she falsely stated that I "notified [her] of [my] intention to retire on August 26, 2022." She instructed employees to "reach out to [me] and congratulate [me] on retirement."

(dd) I understood Respondent's references to my alleged "intention to retire" and "retirement" to be evidence of age bias.

(ee) When Kondrach told me that Respondent was going to throw me a retirement party, I refused, as I was not retiring, it was not my choice to leave Respondent, and I was being terminated.

(ff) On August 26, 2022, Respondent terminated my employment.

(gg) I had no opportunity to remain employment with Respondent.

(hh) I received no explanation, including the selection criteria, as to why I was terminated and the white and/or substantially younger employees were retained.

(ii) Respondent retained white and/or substantially younger employees in positions for which I was qualified, if not more qualified, when I was terminated.

(jj) Respondent failed to select me for the Senior Business Relationship Manager position because of my race and/or my age.

(kk) Respondent notified me of termination of my employment because of my race and/or my age.

(ll) Respondent terminated my employment because of my race and/or my age.

(mm) Respondent falsely stated that I was retiring because of my age.

(nn) Respondent failed to select me for or place me in any open position for which I was qualified because of my race and/or my age.

(oo) Respondent subjected me to a hostile work environment because of my race and/or my age.

(pp) Respondent assigned my job duties and responsibilities to white and/or substantially younger employees. I was more qualified to perform my job duties and responsibilities than the white and/or substantially younger employees to whom they were assigned.

(qq) I had no performance or disciplinary issues throughout my employment.

(rr) Respondent's race and age discriminatory conduct and comments have caused me emotional distress.

(ss) Respondent did not target or treat in the same way similarly-situated white and/or substantially younger employees.

B. 1. Respondent's Stated Reasons

(a) Respondent has provided no explanation for subjecting me to a hostile work environment because of my race and/or my age.

(b) Respondent has provided no explanation for failing to place me in open positions for which I was qualified.

(c) Respondent's stated reason for terminating my employment—position elimination—is pretext for race and/or age discrimination.

(d) Respondent's stated reason for failing to select me for the Senior Business Relationship Manager position for which I was qualified and interviewed—that I did not have the skillset for the position—is pretext for race and/or age discrimination.

C. 1. Statutes and Bases for Allegations

I believe that Respondent has discriminated against me based on my race (black) and my age (66), in violation of the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 623 *et seq.* ("ADEA"); Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e), *et seq.* ("Title VII"); the New Jersey Law Against Discrimination, as amended, N.J.S.A. § 10:5-1, *et seq*. ("NJLAD"); and 42 US Code § 1981 ("1981"), as set forth herein.