**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Evelyne Roach, | : | |
| | : | |
| *Plaintiff,* | : | Civil Action No. 3:23-cv-20909 |
| | : | |
| v. | : | |
| | : | |
| The Trustees of Princeton University, *et al.,* | : | Electronically Filed |
| | : | |
| *Defendant.* | : | |
| | : | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE TRUSTEES OF PRINCETON UNIVERSITY**

Please check one box:

☑ The nongovernmental corporate party, The Trustees of Princeton University,[1] in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

Date: February 19, 2024

        */s/ James Keller*
James Keller (020991996)
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: (215) 972-7777
james.keller@saul.com

*Attorney for Defendant
The Trustees of Princeton University*

---

[1] Plaintiff named both Princeton University and the Trustees of Princeton University as defendants in her complaint. Defendant filed a waiver of service for each named defendant. *See* Doc. Nos. 3&4. However, Defendant notes the Trustees of Princeton University and Princeton University are the same entity (the Trustees of Princeton University is the legal name for Princeton University).

51769994.1

2

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% more of its stock or states that there is no such corporation.

(b)  TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:

(1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2)  promptly file a supplemental statement upon any change in the information that the statement requires.

2

51769994.1

## **CERTIFICATE OF SERVICE**

I, James Keller, certify that on this date I filed via the ECF system a true and correct copy of the foregoing Corporate Disclosure Statement, which constitutes valid service on the following registered users:

Kevin Console, Esq.
110 Marter Avenue, Suite 502
Moorestown, New Jersey 08057
Phone: (856) 854-4000
kevinconsole@consolelaw.com

*Attorney for Plaintiff Evelyne Roach*


Date: February 19, 2024

_____*s James Keller*_____
James Keller (020991996)
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: (215) 972-7777
james.keller@saul.com

*Attorney for Defendant*
*The Trustees of Princeton University*

51769994.1