

James A. Keller<br>
Phone: (215) 972-1964<br>
Fax: (215) 972-4152<br>
James.Keller@saul.com<br>
www.saul.com

May 5, 2025

Magistrate Judge Tonianne J. Bongiovanni
United States District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

**Re:** <u>Roach v. Trustees of Princeton University, et al. 23-cv-20909</u>

Dear Judge Bongiovanni:

I am in receipt of Your Honor's text order scheduling a call with Defendant in this matter on May 14, 2025 at 1:30 p.m. Unfortunately, I am already attached for another matter that afternoon. I would be free that morning, or any time on Friday, May 16. If those times do not work, I am happy to provide other availability.

Thank you for your consideration of this request.

Respectfully submitted,

James A. Keller

Cc: Kevin Console, Esq.
Fanta Freeman, Esq.

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

55534996.1