**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EVELYNE ROACH** | |
| *Plaintiff* | **CIVIL ACTION NO. 23-20909** |
| v. | |
| **PRINCETON UNIVERSITY,** *et al.* | **JURY TRIAL DEMANDED** |
| *Defendants* | |

**STPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Evelyn Roach ("Plaintiff") and Defendants, Princeton University and The Trustees of Princeton University ("Defendants") hereby stipulate, through their undersigned counsel that this action shall be dismissed with prejudice. Undersigned counsel for all parties consent to the submission of this Stipulation with electronic signatures.

Dated: 2/5/2026

**CONSOLE MATTIACCI LAW, LLC**

/s/ Kevin Console
KEVIN CONSOLE, ESQ.
110 Marter Avenue, Suite 502
Moorestown, New Jersey 08057
Phone: (856) 854-4000
kevinconsole@consolelaw.com

*Attorney for Plaintiff*

**SAUL EWING**

/s/ Jim Keller
JIM KELLER, ESQ.
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Phone: (215) 972-1964
James.keller@saul.com

*Attorney for the Defendants*

**BY THE COURT:**

It is so ordered this 6th day of February, 2026.
The Clerk's Office is directed to CLOSE this case.

_____
GEORGETTE CASTNER, U.S.D.J.